UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELE J. BENJAMIN,

      Plaintiff,                      CASE NO: 6:21-CV-1509-CEM-LRH

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, an agency of the State of
Florida,
      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff MICHELE J. BENJAMIN and Defendant, P DEPARTMENT OF CHILDREN AND FAMILIES (collectively the "PARTIES") respectfully submits this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with the Defendant to resolve her claims in this matter.

2. The parties have finalized a settlement agreement and will be filing a Joint Stipulation of Dismissal.

Respectfully Submitted this 19th day of July 2023.

<table>
<tr><td>

s/ *Brandon J. Gibson*
BRANDON J. GIBSON, ESQ.
Florida Bar No. 99411
E-mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste. 200
Ft. Lauderdale, Florida 33309
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Plaintiff*

</td><td>

/s/ Mark Van Valkenburgh
Mark Van Valkenburgh, ESQUIRE
Florida Bar No. 65773
GARGANESE, WEISS, D'AGRESTA &
SALZMAN, P.A.
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Tel: 407-425-9566/Fax: 407-425-9596
Primary email:
mvanvalkenburgh@orlandolaw.net
Secondary email:
dsambol@orlandolaw.net
*Attorneys for Defendant*

</td></tr>
</table>