UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:21-cv-01509-CEM-LRH

MICHELE J. BENJAMIN,

    Plaintiff,

vs.

DEPARTMENT OF CHILDREN
AND FAMILIES, an agency of the
State of Florida,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MICHELE J. BENJAMIN, and Defendant, DEPARTMENT OF CHILDREN AND FAMILIES, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, jointly stipulate and agree to dismiss the above-styled lawsuit with prejudice with each party to bear its own fees and costs.

Dated this 11th day of August, 2023.

(SIGNATURES ON FOLLOWING PAGE)

| | |
|---|---|
| */s/ Brandon Gibson, Esquire* | */s/ Mark Van Valkenburgh, Esquire* |
| BRANDON GIBSON, ESQUIRE | MARK VAN VALKENBURGH, ESQUIRE |
| Florida Bar No. 99411 | Florida Bar No. 065773 |
| **RTRLAW** | JEFFREY S. WEISS, ESQUIRE |
| 3333 W. Commercial Blvd. | Florida Bar No. 750565 |
| Suite 200 | **GARGANESE, WEISS, D'AGRESTA &** |
| Fort Lauderdale, Florida 33309 | **SALZMAN, P.A.** |
| Tel: 954-370-5152 | 111 N. Orange Avenue, Suite 2000 |
| Fax: 954-370-1992 | Orlando, Florida 32801 |
| Primary Email: bgibson@rtrlaw.com | Tel: 407-425-9566/Fax: 407-425-9596 |
| Attorneys for Plaintiff | Primary email: jweiss@orlandolaw.net |
| | mvanvalkenburgh@orlandolaw.net |
| | Secondary email: dsambol@orlandolaw.net |
| | dguzman@orlandolaw.net |
| | Attorneys for Defendant |

471-069